# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| SIERRA JACKSON and RAVEN LANE, <br><br> Petitioners, <br><br> vs. <br><br> RICHARD CANTRELL, ET AL., <br><br> Respondents. | CV 23-83-GF-BMM <br> CV 23-84-GF-BMM-JTJ <br><br> ORDER |

Pro se petitioners Sierra Jackson and Raven Lane filed two actions under 25 U.S.C. § 1303 on December 18, 2023, on the basis that they are not subject to the jurisdiction of the Fort Peck Tribal Court because they are not Indian persons. The Court directed the Federal Defenders to find counsel for them on January 11, 2024. David Ness filed a notice of appearance on their behalf on January 17, 2024.

The Court received notice from Petitioners' tribal public defender on January 22, 2024, that the charges against Petitioners had been dismissed, that Petitioners had been released from custody, and that Petitioners desired to withdraw their petitions. The Court directed Mr. Ness to confirm the intention of Petitioners by February 13, 2024. If Mr. Ness was unable to do so, the Court would dismiss these matters as moot. No filing was received by February 13, 2024. Petitioners' counsel notified the Court on February 29, 2024, that Petitioner Sierra Jackson had confirmed her intent to

1

withdraw her petition. Petitioners' notice to the Court further advised that attempts to contact Petitioner Raven Lane had failed.

Accordingly, **IT IS ORDERED** that the above-captioned matters are **DISMISSED** as **MOOT**.

DATED this 5th day of March, 2024.

Brian Morris, Chief District Judge
United States District Court